RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
Nevada State Bar No. 14591
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Jennifer Marie Johnson

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>JENNIFER MARIE JOHNSON,<br><br>   Defendant. | Case No. 2:20-MJ-00698-BNW<br><br>ORDER **TO CONTINUE STATUS CHECK**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Jennifer Marie Johnson, that the status check currently scheduled on November 4, 2021 at 1:30 pm, be vacated and continued to time and date convenient for the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Ms. Johnson needs additional time to complete her requirements. She has continuously experienced economic hardship since the beginning of these proceedings and has had difficulty completing some of the requirements.

2. The parties, in light of Ms. Johnson's hardships, the parties need additional time to determine if there are any alternative ways Ms. Johnson can satisfy her requirements.

3. Ms. Johnson is not incarcerated and does not object to this continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for a continuance of the status check.

DATED this 4th day of November 2021.

RENE L. VALLADARES  
Federal Public Defender

By */s/ Benjamin F. J. Nemec*  
BENJAMIN NEMEC  
Assistant Federal Public Defender

CHRISTOPHER CHIOU  
Acting United States Attorney

By */s/ Supriya Prasad*  
SUPRIYA PRASAD  
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JENNIFER MARIE JOHNSON,<br><br>    Defendant. | Case No. 2:20-MJ-00698-BNW<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the status check currently scheduled on November 4, 2021 at 1:30 p.m., be vacated and continued to February 17, 2022 at 1:30 p.m., Courtroom 3A.

DATED this 5 day of November 2021.

_____
UNITED STATES MAGISTRATE JUDGE
DANIEL J. ALBREGTS