1    RENE L. VALLADARES
     Federal Public Defender
2    Nevada State Bar No. 11479
     BENJAMIN F. J. NEMEC
3    Assistant Federal Public Defender
     Nevada State Bar No. 14591
4    411 E. Bonneville, Ste. 250
     Las Vegas, Nevada 89101
5    (702) 388-6577/Phone
     (702) 388-6261/Fax
6    Ben_Nemec@fd.org

7    Attorney for Jennifer Marie Johnson

8

9                      **UNITED STATES DISTRICT COURT**

10                          **DISTRICT OF NEVADA**

11   UNITED STATES OF AMERICA,              Case No. 2:20-MJ-00698-BNW

12              Plaintiff,                  ORDER          **TO CONTINUE
                                            STATUS CHECK**
13        v.                                (Second Request)

14   JENNIFER MARIE JOHNSON,

15              Defendant.

16

17

18        IT IS HEREBY STIPULATED AND AGREED, by and between

19   Christopher Chiou, Acting United States Attorney, and Mina Chang, Assistant

20   United States Attorney, counsel for the United States of America, and Rene L.

21   Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant

22   Federal Public Defender, counsel for Jennifer Marie Johnson, that the status

23   check currently scheduled on February 17, 2022 at 1:30 pm, be vacated and

24   continued to time and date convenient for the Court, but no sooner than sixty (60)

25   days.

26

This Stipulation is entered into for the following reasons:

1. Defense counsel has had difficulties getting in contact with Ms. Johnson. Defense counsel believes Ms. Johnson may be located at a women's shelter, which presents certain difficulties getting in touch with her.

2. Ms. Johnson is not incarcerated and does not object to this continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request for a continuance of the status check.

DATED this 17th day of February 2022.

RENE L. VALLADARES
Federal Public Defender

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Benjamin F. J. Nemec*
By_____
BENJAMIN NEMEC
Assistant Federal Public Defender

*/s/ Mina Chang*
By_____
MINA CHANG
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-MJ-00698-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| JENNIFER MARIE JOHNSON, | |
| Defendant. | |

   IT IS THEREFORE ORDERED that the status check currently scheduled on February 17, 2022 at 1:30 p.m., be vacated and continued to _____ April 28, 2022, at 1:30 p.m., Courtroom 3A.

   DATED this __17th__ day of February 2022.

_____
UNITED STATES MAGISTRATE JUDGE
DANILE J. ALBREGTS

3