CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
MINA CHANG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6055/ Fax: 702.388.6418
mina.chang@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-00698-BNW |
| Plaintiff, | ORDER **to Continue Status Check** |
| v. | **(Third Request)** |
| JENNIFER MARIE JOHNSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Mina Chang, Assistant United States Attorney, counsel for the United States of America, and Benjamin Nemec, Assistant Federal Public Defender, counsel for defendant Jennifer Marie Johnson, that the status check in the above-captioned matter, currently scheduled for April 28, 2022 at the hour of 1:30 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than 60 days.

This stipulation is entered into for the following reasons:

1.      Defense counsel needs additional time to locate his client, Jennifer Johnson who is believed to be homeless at this time.

2.      Counsel for the parties agree to the continuance.

3.      This is the second request for continuance of the status check in this case.

DATED this 28th day of April, 2022.


                                        Respectfully submitted,


RENE L. VALLADARES                      CHRISTOPHER CHIOU
Federal Public Defender                 Acting United States Attorney

*/s/ Benjamin Nemec*                    */s/ Mina Chang*
BENJAMIN NEMEC, AFPD                    MINA CHANG
Counsel for defendant JOHNSON           Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

JENNIFER MARIE JOHNSON,

        Defendant.

Case No. 2:20-mj-00698-BNW

ORDER **to Continue Status Check (Third Request)**

       Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

    1.    Defense counsel needs additional time to locate his client, Jennifer Johnson who is believed to be homeless at this time.

    2.    The defendant is not in custody and does not object to the continuance.

    3.    The parties agree to the continuance.

///

///

///

///

///

///

///

///

///

4.      This request for a continuance is made in good faith and is not intended to delay the proceedings in the matter.

5.      Denial of this request for continuance would result in a miscarriage of justice.

### **ORDER**

IT IS HEREBY ORDERED that the status check date in the above-captioned matter currently scheduled for April 28, 2022, at the hour of 1:30 p.m. is hereby VACATED, and RESET for July 7, 2022, at 1:30 p.m., Courtroom 3A.

DATED this __28th__ day of April, 2022.

_____
UNITED STATES MAGISTRATE JUDGE
DANIEL J. ALBREGTS

4