RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Jennifer Marie Johnson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-00698-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS HEARING** |
| v. | (First Request) |
| JENNIFER MARIE JOHNSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Mina Chang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Jennifer Marie Johnson, that the status hearing currently scheduled on September 19, 2024, at the hour of 9:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The parties will be filing a motion to modify the conditions of Ms. Johnson's unsupervised probation and additional time is needed to explore a potential non-hearing resolution of this case.

2. The defendant is out of custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. This request for a continuance is made in good faith and is not intended to delay the proceedings in the matter.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for a continuance of the status hearing.

DATED this 17th day of September 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By  */s/ Keisha K. Matthews*<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | By  */s/ Mina Chang*<br>MINA CHANG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>JENNIFER MARIE JOHNSON,<br><br>      Defendant. | Case No. 2:20-mj-00698-BNW<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## FINDINGS OF FACT, CONCLUSIONS OF LAW

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties will be filing a motion to modify the conditions of Ms. Johnson's unsupervised probation and need additional time to explore a potential non-hearing resolution of this case.

2. The defendant is out of custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. This request for a continuance is made in good faith and is not intended to delay the proceedings in the matter.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

**ORDER**

IT IS THEREFORE ORDERED that the status conference currently scheduled on Thursday, September 19, 2024, at 9:30 a.m., be vacated and continued to  Thursday, October 24, 2024  at  9:30   a.m.

DATED this   18   day of September, 2024.

_____
UNITED STATES MAGISTRATE JUDGE